**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **MERIT MEDICAL SYSTEMS** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 20-6468** |
| | : | |
| **WILLIAM P. BARR, et al.** | : | |
| **Defendants.** | : | |

---

## <u>ORDER</u>

    **AND NOW,** this 30th day of June, it is hereby **ORDERED** that Defendants **RESPOND**

to Plaintiff's Motion for Preliminary Injunction (Doc. No. 4) **<u>no later than</u> July 15, 2020.**

 

                                **AND IT IS SO ORDERED.**

                                */s/ Paul S. Diamond*

                                _____

                                Paul S. Diamond, J.